Mark T. Schoenhofer, S. Ct. No. 15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DIANA KOLLMAI,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   **Case No.:** |
| **WASTE CONNECTIONS, INC.** | ) |
|     **Defendant.** | ) |
| _____ | ) |

## COMPLAINT

**COMES NOW** the Plaintiff, Diana Kollmai, by and through her attorney, Mark T. Schoenhofer, and for her cause of action and claim for relief against the defendant, alleges and states as follows:

1. This Court has subject matter jurisdiction herein pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

2. Venue is proper in this District pursuant to 28 U.S.C. §1391(a).

3. Plaintiff is a resident of Wichita, Kansas.

4. Defendant is a Kansas corporation, with a business address of 3

Waterway Square, Suite 110, The Woodlands, Texas 77380. The Defendant may be served with process by mailing a copy of the complaint and summons, certified mail, to: The Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614.

## NEGLIGENCE

5. On October 20, 2016, David Gardner–a Waste Connections employee–was driving a Waste Connections garbage truck eastbound on Denker street in Wichita, Kansas.  Diana Kollmai was driving south bound on Victoria street, in Wichita, Kansas at the same time.  The intersection of Denker and Victoria is controlled by a yield sign for east bound and west bound Denker.  Mr. Gardner did not yield to Ms. Kollmai as she entered the intersection, and struck her vehicle.  The force of the impact caused damage to the entire passenger side and under-carriage, permanently disabling the vehicle.  The Kollmai vehicle was a total loss.

6. David Gardner failed to yield right of way to the Plaintiff, in violation of K.S.A. 8-1527.  He failed to exercise ordinary care in the operation of his commercial truck, PIK CIV 3d §121.03; and, failed to drive his vehicle at a speed reasonable and prudent under the conditions and having a regard to the actual hazards then existing, PIK CIV 3d §121.13.

7. Waste Connections, Inc. is vicariously liable for the negligence of its employees.

8. As a direct and proximate result of David Gardner's gross and ordinary negligence, and his reckless indifference to the risk of injuries to Plaintiff by not yielding right away while driving a large trash truck, Plaintiff suffered significant physical injuries, pain and suffering, disability and permanent impairment of function, medical bills, all to the damage of Plaintiff.

**WHEREFORE**, and by reason of the foregoing, Plaintiff prays for a judgment in excess of $75,000.00, for the costs of this action, attorney fees, and for such and other and further relief as to the Court deems fair, reasonable, just and equitable.

Respectfully Submitted,

_____
Mark T. Schoenhofer, SC# 15781
Attorney for Plaintiff
1631 E. 1st Street
Wichita, Kansas 67214
Tel. 316-262-5400
Fax. 316-262-1787
E-Mail. mydefensefirst@yahoo.com

## REQUEST FOR TRIAL BY JURY

Comes Now, the Plaintiff and respectfully makes request for trial by jury of twelve (12) persons on all issues herein above joined.

_____
Mark T. Schoenhofer, SC# 15781
Attorney for Plaintiff

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates Wichita, Kansas as the place of trial.

_____
Mark T. Schoenhofer, SC# 15781
Attorney for Plaintiff